IN THE SUPREME COURT OF TEXAS

 No. 05-0811

 IN RE ALLSTATE COUNTY MUTUAL INSURANCE COMPANY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for temporary relief, filed September 28,
2005, is granted. All trial court proceedings in Cause No. 4-0630-05,
styled Kejian Wang v. Allstate County Mutual Insurance Company, in the
County Court at Law No. 4 of Collin County, Texas, are stayed pending
further order of this Court.

 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before 3:00 p.m., November 2, 2005.

 Done at the City of Austin, this October 18, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk